IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **OCWEN LOAN SERVICING, LLC,** § | | |
| *Plaintiff,* § | | |
| § | | |
| **v.** § | | |
| § | | |
| **BEST MORTGAGE** § | CIVIL NO. 6:19-CV-00191-ADA-JCM | |
| **CORPORATION, and MORTGAGE** § | | |
| **ELECTRONIC REGISTRATION** § | | |
| **SYSTEMS, INC.,** § | | |
| *Defendants.* § | | |

### ORDER OF DISMISSAL

Before the Court is the above-entitled cause of action. On April 1, 2019, Plaintiff filed a Notice of Voluntary Dismissal of Defendant Mortgage Electronic Registration Systems, Inc. Plaintiff filed such Notice before Defendant Mortgage Electronic Registration Systems, Inc. filed an answer or motion for summary judgment. Accordingly, it is **ORDERED** that Plaintiff's claims against Defendant Mortgage Electronic Registration Systems, Inc. are **DISMISSED WITHOUT PREJUDICE**. Costs are taxed against the party incurring the same. The above-entitled cause of action will remain open to address the claims against Defendant Best Mortgage Corporation.

**SIGNED** this 2nd day of April 2019.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE