IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| OCWEN LOAN SERVICING, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:19-cv-00191 |
| | § | |
| BEST MORTGAGE CORPORATION, | § | |
| and MORTGAGE ELECTRONIC | § | |
| REGISTRATION SYSTEMS, INC., | § | |
| | § | |
| Defendants. | § | |

### AGREED ORDER AS TO PLAINTIFF AND DEFENDANT BEST MORTGAGE CORPORATION

Came on to be considered the Motion for Entry of Agreed Order as to Best Mortgage Corporation ("Motion"), as to Plaintiff Ocwen Loan Servicing, LLC ("Plaintiff") and Defendant Best Mortgage Corporation ("Defendant" and together with Plaintiff as "Parties"). The Court finds that the Motion has merit and should be granted in its entirety. Therefore, it is,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff has a superior lien against the real property and improvements located in Bell County, Texas, commonly known as 1141 Ashley Drive, Nolanville, TX 76559-4504 and more particularly described as:

LOT TWELVE (12), IN BLOCK THREE (3), OF NOLANVILLE ESTATES, FIRST REPLAT IN CITY OF NOLANVILLE, BELL COUNTY, TEXAS, ACCORDING TO THE PLAT OF RECORD IN CABINET A, SLIDE 373-C, PLAT RECORDS OF BELL COUNTY, TEXAS. (The "Property").

It is further,

**ORDERED, ADJUDGED AND DECREED** that Defendant's lien on the Property is extinguished due to satisfaction. It is further,

**ORDERED, ADJUDGED AND DECREED** that any relief not specifically granted in this order is **DENIED** and any party not otherwise disposed of is **DISMISSED**. This is a final judgment, disposing of all parties and all claims and may be appealed by any party hereto.

Signed this **2nd** day of **May**, 2019.

_____
PRESDING JUDGE

AGREED AS TO FORM AND SUBSTANCE AND ENTRY REQUESTED:

By: /s/ Mark D. Cronenwett
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**GORDON W. GREEN**
Texas Bar No. 24083102
ggreen@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, PC**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
214-635-2650
214-635-2686 (Fax)
*Attorneys for Plaintiff*

*and*

By: /s/ T. Young
**THOMAS L. YOUNG**
Texas Bar No. 24103711
legal@mytexaslegal.com

**LAW OFFICES OF THOMAS L. YOUNG, PLLC**
1010 W Jasper, Suite 9
Killeen, TX 76542
254-434-4446
254-434-4447 (Fax)
*Attorney for Defendant*